**No. 10-5737. Stephen Lee Bowers, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7163.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 594 F.3d 522.

**No. 10-5739. Edwin F. Alvanez, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7372.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 336.

**No. 10-5740. Vince Byers, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 341, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7148.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 603 F.3d 503.

**No. 10-5741. James E. Baker, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 341, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7561.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 371 Fed. Appx. 987.

**No. 10-5742. Antonio Edward Battle, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 341, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7354.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 426.

**No. 10-5745. Juan Antonio Gandara-Gonzalez, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 341, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7349.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 405.

**No. 10-5752. Corey Sanders, Petitioner v. Arkansas.**

562 U.S. 936, 131 S. Ct. 341, 178 L. Ed. 2d 222, 2010 U.S. LEXIS 7137.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.